## 21-125UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE
THE HONORABLE CLAIRE R. KELLY, JUDGE;
THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| IN RE SECTION 301 CASES | Court No. 21-00052 (and attached schedule) |

## NOTICE OF WITHDRAWAL OF ATTORNEY

**P**ursuant to Rule 75 of the Rules of the Court of International Trade, we respectfully notice the withdrawal of Moushami P. Joshi as counsel for the plaintiffs listed in the attached schedule in this action and in the underlying individual cases also listed in the attached schedule. Ms. Joshi has departed Pillsbury Winthrop Shaw Pittman LLP and will not take further part in this litigation.

Pillsbury Winthrop Shaw Pittman LLP remains as counsel to plaintiffs in these cases and Stephan E. Becker and Nancy A. Fischer will continue as the lead attorneys in the specific cases listed in the schedule.

Dated: January 2, 2025

/s/ Nancy A. Fischer
Nancy A. Fischer
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street NW
Washington, DC 20036-3006
202-663-8965
nancy.fischer@pillsburylaw.com

## Schedule of Cases for Attorney Withdrawal

| Court Number | Case name | Party or Parties Represented | Attorney Responsible for the Litigation |
|---|---|---|---|
| 1:21-cv-00152 | *ViewSonic Corporation v. United States et al* | ViewSonic Corporation | Stephan E. Becker |
| 1:21-cv-00158 | *Wiwynn International Corporation v. United States et al* | Wiwynn International Corporation | Stephan E. Becker |
| 1:21-cv-00130 | *Hitron Technologies Americas Inc. v. United States et al* | Hitron Technologies Americas Inc. | Stephan E. Becker |
| 1:20-cv-00803 | *Topgolf Calloway Brands Corp. et al v. United States et al* | Topgolf Calloway Brands Corp.; TravisMathew, LLC; | Stephan E. Becker |
| 1:20-cv-00795 | *Victaulic Company v. United States et al* | Victaulic Company | Nancy A. Fischer |
| 1:21-cv-00348 | *A & H Sportswear Co., Inc. v. United States et al* | N/A A & H Sportswear Co., Inc. | Nancy A. Fischer |
| 1:21-cv-00225 | *ACS Industries, Inc. v. United States et al* | ACS Industries, Inc. | Nancy A. Fischer |
| 1:21-cv-00223 | *Yamamoto of Orient, Inc. v. United States et al* | Yamamoto of Orient, Inc. | Nancy A. Fischer |
| 1:20-cv-00725 | *Icemule Company Inc. et al v. United States et al* | Icemule Company Inc.; Eppco Enterprises Inc. | Nancy A. Fischer |
| 1:20-cv-01005 | *TN Americas LLC v. United States et al* | TN Americas LLC | Nancy A. Fischer |
| 1:20-cv-00899 | *IdeaStream Consumer Products, LLC v. United States et al* | IdeaStream Consumer Products, LLC | Nancy A. Fischer |
| 1:20-cv-00860 | *Kone Inc. v. United States et al* | Kone Inc. | Nancy A. Fischer |
| 1:20-cv-01035 | *Valmet, Inc. v. United States et al* | Valmet, Inc. | Nancy A. Fischer |
| 1:21-cv-00376 | *Lehigh Hanson, Inc. et al v. United States et al* | Lehigh Hanson, Inc.; Lehigh Southwest Cement Company | Nancy A. Fischer |